**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK URL:<br><br>https://www.facebook.com/profile.php?id=100091847778042<br><br>AND/OR USER ID:<br><br>100091847778042<br><br>THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | Case No. 2:23-mj-00689-BNW<br><br>**ORDER** |
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE INSTAGRAM USER ID:<br><br>"Rabbit2107023"<br><br>THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | Case No. 2:23-mj-00690-BNW<br><br>**ORDER** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this __2__ day of February, 2024.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE